Wirfel v Koneru (2025 NY Slip Op 00530)

Wirfel v Koneru

2025 NY Slip Op 00530

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, OGDEN, NOWAK, AND HANNAH, JJ.

87 CA 23-02096

[*1]ZAKORY WIRFEL, AS ADMINISTRATOR OF THE ESTATE OF DANIEL T. WIRFEL, DECEASED, PLAINTIFF-RESPONDENT,
v
LAKSHMANA RAO KONERU, M.D., ABBOTT ANESTHESIOLOGISTS ASSOCIATES, P.C., DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

ROACH, BROWN, MCCARTHY & GRUBER, P.C., BUFFALO (HEDWIG M. AULETTA OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered November 1, 2023. The order, insofar as appealed from, denied in part the motion of defendants Lakshmana Rao Koneru, M.D., and Abbott Anesthesiologists Associates, P.C., for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court